Law Office of Jeffrey L. Needle
119 First Avenue S Suite 200
Seattle, Washington 98104
Telephone: (206) 447-1560
Fax: (206) 447-1523
Attorney for Plaintiff

The Honorable Thomas O. Rice

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

ALBERT OLE PETERSON,

    Plaintiff,

v.

NATIONAL SECURITY TECHNOLOGIES,
a Delaware corporation,

    Defendant.

No. CV-12-5025-TOR

DECLARATION OF JEFFREY NEEDLE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Jeffrey Needle, being sworn under penalty of perjury under the laws of the State of Washington does here by declare as follows:

1. That I represent the Plaintiff in the above referenced case. I am competent to testify to the matters contained herein and do so upon personal knowledge.

Declaration of Jeffrey Needle
in Support of Motion for Summary Judgment - 1

JEFFREY L. NEEDLE
Attorney at Law
200 Maynard Building
119 First Avenue South
Seattle, Washington 98104
(206) 447-1560 fax (206) 447-1523

2. Attached are true and correct copies of deposition excerpts and exhibits to depositions taken in this case as follows:

Exhibit A - Deposition Excerpts, Ole Peterson, 1/4/2013

Exhibit B - Deposition Excerpts, Randall Whitt, 10/31/2012

Exhibit C - Deposition Excerpts, Fannie Bell, 11/2/2012

Exhibit D - Deposition Excerpts, Clay Young, 1/17/2013

Exhibit E - Deposition Excerpts, Kenneth Andriessen, 1/17/2013

Exhibit F - Deposition Excerpts, Frank Christian, 11/1/2012

Exhibit G - Deposition Excerpts, Mario Guerrero, 10/31/12

Exhibit H - Deposition Excerpts, Jay Dickerman, 1/18/2013

Exhibit I - Deposition Excerpts, Bruce Chisholm. 11/1/2012

Exhibit J - Deposition Excerpts, Pamela Haynes, 1/18/2013

Exhibit K -  9/26/11, Termination Letter, C.W Young to Folle

Exhibit L -  Deposition Ex 2, 9/20/11, Email, Folle to Guerrero

Exhibit M -  Deposition Ex 3, 10/24/11, Email, Chisholm to file

Exhibit N -  Deposition Ex 5, investigative report, Bell, various dates

Exhibit O - Deposition Ex 6, 11/8/2011, Employee Relations summary, Bell

Exhibit P - Deposition Ex 8, 11/17/11, NSTEC "DARB" Meeting, Confidential Investigative File, Haynes

Declaration of Jeffrey Needle
in Support of Motion for Summary Judgment - 2

JEFFREY L. NEEDLE
Attorney at Law
200 Maynard Building
119 First Avenue South
Seattle, Washington 98104
(206) 447-1560 fax (206) 447-1523

Exhibit Q - Deposition Ex 10, 9/22/11, ER intake form, Haynes, Bell

Exhibit R - Deposition Ex 12, 4/1/10, NSTec Company Directive

Exhibit S - Deposition Ex 15, 10/25/11, ER Intake Form, Dickerman

Exhibit T - Answers to Plaintiff's Interrogatories Nos. 3 and 5

DATED THIS 19th day of February, 2013.

_____
Jeffrey Needle
WSBA #6346
Attorney for Plaintiff.

Declaration of Jeffrey Needle
in Support of Motion for Summary Judgment - 3

JEFFREY L. NEEDLE
Attorney at Law
200 Maynard Building
119 First Avenue South
Seattle, Washington 98104
(206) 447-1560 fax (206) 447-1523

## Declaration of Service

I hereby certify that on February 19, 2013, I presented the foregoing Declaration of Jeffrey Needle in Support of Motion for Summary Judgment, with Exhibits A through T, to the Clerk of the Court through the CM/ECF system, for filing and uploading to the CM/ECF system, which will serve and send notification of such filing to the following:

James Kalomon
Shamus. T. O'Doherty
Paine Hamblen LLP
717 W Sprague Ave Ste 1200
Spokane, WA 99201-3505

DATED IN SEATTLE, WASHINGTON THIS 19th day of February, 2013.

_____
Kathleen Kindberg

Declaration of Jeffrey Needle, Declaration of Service - 4

JEFFREY L. NEEDLE
Attorney at Law
200 Maynard Building
119 First Avenue South
Seattle, Washington 98104
(206) 447-1560 fax (206) 447-1523