# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| ALBERT OLE PETERSON | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 12-CV-5025-TOR |
| NATIONAL SECURITY TECHNOLOGIES, LLC | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Defendant National Security Technologies, LLC; Plaintiff Albert Ole Peterson shall recover nothing.

This action was *(check one)*:

☑ tried by a jury with Judge  Thomas O. Rice  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 06/18/2013

CLERK OF COURT

S/Linda L. Hansen, Deputy Clerk
Signature of Clerk or Deputy Clerk